MICHAEL R. SCHWARTZ and Another v. FIFTY GREENWICH STREET REALTY CORPORATION and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ARTHUR S. JACKSON and Others v. MAX COHEN, Impleaded with HERMAN B. BARUCH and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendants, appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

CHARLES CAMPBELL v. MARY L. CAMPBELL.— Motion for leave to appeal to the Court of Appeals and for a stay granted; questions certified. Present — Finch, P. J., Martin, O'Malley, Glennon and Untermyer, JJ. [See 239 App. Div. 682.]

KERBER STRAW HAT CORPORATION v. FREDERIC W. LINCOLN and Others.— Motion for leave to appeal to the Court of Appeals granted; questions certified. Present — Finch, P. J., Martin, O'Malley, Glennon and Untermyer, JJ. [See 239 App. Div. 727.]

CHARLES D. RAWSTORNE v. WILLIAM G. MAGUIRE.— Motion for leave to appeal to the Court of Appeals granted. Motion for a reargument denied. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ. [See 240 App. Div. 1.]

JOSEPH A. BRODERICK, as Superintendent of Banks, etc., v. MAX AARON and Others. WILLIAM A. GREER and Others. JAMES K. RICE, JR., and Others.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ. [See 240 App. Div. 94.]

LOJO REALTY COMPANY, INC., Respondent, v. ESTATE OF ISAAC G. JOHNSON, a Corporation Organized and Existing under the Laws of the State of New York, Appellant.* — Order so far as appealed from affirmed, with twenty dollars costs and disbursements, with leave to defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Finch, P. J., dissents upon the ground that the equity action for specific performance being still pending, any right of damages must be determined therein. Plaintiff cannot maintain two actions at the same time on the same cause of action. No election of inconsistent remedies is involved herein.

MARTHA SIEH, Appellant, v. SPRING VALLEY COACH Co., INC., Respondent.— Judgment modified by providing that the dismissal of the complaint is without prejudice to another action under the provisions of section 23 of the Civil Practice Act, and as so modified affirmed, with costs to the respondent. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Merrell and Martin, JJ., dissent and vote to reverse and grant a new trial on the ground that there was a question of fact for the jury.

---

* Leave to appeal denied, 264 N. Y. 603.